437 A.2d 1037

Maple Lawn Farms v. Ferrelli, Appellants.
Petition for Allowance of Appeal Denied Jan. 8, 1982.

Argued March 23, 1981. Allen H. Smith, for appellants; Peter J. Mangan, for appellee.

Before PRICE, WIEAND and LIPEZ, JJ.

Order affirmed.

PRICE, J., did not participate in the consideration or decision of this case.